JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WADE BUTLER, | Case No. CV 13-3942-PA (OP) |
| Petitioner, | JUDGMENT |
| v. | |
| ELVIN VALENZUELA, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: June 25, 2013

_____
HONORABLE PERCY ANDERSON
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge